UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE W. KYNISTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

CASE NO. 11-cv-06072 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation and plaintiff's application to proceed *in forma pauperis* is DENIED.

(2)     The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file.

Dated this 5th day of March, 2012.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE