UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE W KYNISTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 11-cv-06072 JRC<br><br>ORDER GRANTING DEFENDANT'S STIPULATED MOTION FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 7; Consent to Proceed Before a United States Magistrate Judge, ECF No. 8.) This matter is before the Court on defendant's stipulated motion to remand the matter to the Commissioner for further consideration. (ECF No. 21.)

After reviewing defendant's stipulated motion and the relevant record, the Court grants defendant's motion, and reverses and remands this matter pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner.

Following remand to the Commissioner of Social Security, the Appeals Council will remand this case to an Administrative Law Judge ("ALJ") to hold a new hearing, issue a new decision, and:

1) Ensure the adjudicated period in the hearing decision reflects the claimant's updated date last insured of June 30, 2013;

2) Give the claimant an opportunity to submit updated evidence in light of the updated date last insured;

3) If warranted by the expanded record, consider obtaining medical expert testimony from a neurologist or other physician;

4) Reconsider whether or not the claimant meets or medically equals a listing;

5) If warranted, reconsider the claimant's residual functional capacity, and in so doing, further evaluate the opinion evidence from David R. Rullman, M.D., and Oisin O'Neill, M.D.;

6) Reassess the lay witness testimony of Cheryl Kyniston in accordance with Social Security Ruling 06-03p;

7) Reconsider the claimant's subjective complaints; and

8) If warranted, seek supplemental vocational expert testimony to determine whether or not there are a significant number of jobs in the national economy that the claimant can perform.

The parties stipulate that this case be reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to the Court.

1 | Given the facts and the parties' stipulation, the Court hereby orders that the case be
2 | **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).
3 | Dated this 23rd day of October, 2012.

_____
J. Richard Creatura
United States Magistrate Judge