1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  GEORGE W. KYNISTON,

11              Plaintiff,

12       v.

13  MICHAEL J. ASTRUE, Commissioner of
    the Social Security Administration,

14
                Defendant.
15

CASE NO. 11-cv-6072 JRC

ORDER ON STIPULATED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES, EXPENSES AND COSTS

16       This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

17  Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

18  and Consent Form, ECF No. 7; Consent to Proceed Before a United States Magistrate Judge,

19  ECF No. 8). This matter is before the Court on Plaintiff's Stipulated Motion for Attorney's Fees

20  Pursuant to 28 U.S.C. § 2412 and for Costs Pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

21  (*see* ECF No. 24).

22       Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, (hereinafter "EAJA") and

23  the stipulation of the parties (*see* ECF No. 24), it is hereby ORDERED that attorney's fees in the

24

1  amount of $5,347.13, and expenses in the amount of $19.20, for a total of $5,366.33, shall be
2  awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), consistent with *Astrue v. Ratliff*,
3  130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at \*\*\*6-\*\*\*7 (2010). Plaintiff shall be awarded
4  costs in the amount of $350.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

5  If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under
6  the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made
7  payable to Christopher H. Dellert, based on Plaintiff's assignment of these amounts to Plaintiff's
8  attorney. The checks for EAJA fees and costs shall be mailed to Plaintiff's counsel, Christopher
9  H. Dellert, at Dellert Baird Law Offices, PLLC, 9481 Bayshore Dr. NW, #203, Silverdale, WA,
10 98383.

12  Dated this 23rd day of November, 2012.

J. Richard Creatura
United States Magistrate Judge

ORDER ON STIPULATED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES, EXPENSES
AND COSTS - 2